UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 27, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001019677

In re Baker, Daniel Anthony )
Baker, Lynnette Marie )
) Case No. 2007-28729-A
)
Debtor(s). ) AMENDMENT COVER SHEET

Attached hereto are the following amended documents. (Check all that apply.) **DO NOT** use this cover sheet when filing AMENDED PLANS or AMENDMENTS TO PLANS.

☐ Petition
☑ Creditor Matrix
☐ Schedules (check appropriate boxes)
  ☑ A  ☐ B  ☐ C  ☑ D  ☐ E  ☐ F  ☐ G  ☐ H  ☐ I  ☐ J
☐ Summary of Schedules
☐ Statement of Financial Affairs
☑ Statement of Intention
☐ List of 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Other:_____

Purpose of amendment (check all that apply):

☑ For amendments to a debtor's schedules of creditors or list of creditors, **$26 for each amendment**, provided the bankruptcy judge may, for good cause, waive the charge in any case.
NOTE: Lists, schedules and statements amended for this purpose should be accompanied by an amended matrix, listing only the names and addresses added and/or corrected.

☐ To add or correct information other than creditor names and addresses (please specify):
_____

☐ Other: _____

Dated: 12/26/07
Attorney's Signature: _____
Attorney's Name: Douglas B. Jacobs
Address: 20 Independence Circle
Chico, CA 95973

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 7 pages, is true and correct to the best of my(our) information and belief.

Dated: 12/26/07

_____
Debtor's Signature

_____
Joint Debtor's Signature

FOR INSTRUCTIONS, SEE FORM EDC 2-015 - INST

EDC 2-015 (Rev. 02/07)

B6A (Official Form 6A) (12/07)

IN RE Baker, Daniel Anthony & Baker, Lynnette Marie                    Case No. _____
                              Debtor(s)                                                  (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 Bedroom 2 Bath Home<br>2633 Square Feet<br>3 Acres | | C | 595,000.00 | 812,208.48 |
| 3.04 Acre Bare lot<br>Humboldt Park Drive<br>Forest Ranch, CA 95942 | | C | 200,000.00 | 210,000.00 |
| | | TOTAL | 795,000.00 | |

(Report also on Summary of Schedules)

1

B6D (Official Form 6D) (12/07)

IN RE Baker, Daniel Anthony & Baker, Lynnette Marie            Case No. _____
Debtor(s)                                                              (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dave Jones<br>2251 St. George Lane<br>Chico, CA 95973 | | C | 3.04 Acre Bare lot<br><br>VALUE $ 200,000.00 | | | | 110,000.00 | |
| ACCOUNT NO. 6181<br>HOMEQ Servicing<br>PO Box 13716<br>Sacramento, CA 95853-3716 | | C | Mortgage on Home<br><br>VALUE $ 595,000.00 | | | | 658,894.38 | 63,894.38 |
| ACCOUNT NO. 5937<br>HOMEQ Servicing<br>PO Box 13716<br>Sacramento, CA 95853-3716 | | C | Second Mortage on Home<br><br>VALUE $ 595,000.00 | | | | 123,314.10 | 123,314.10 |
| ACCOUNT NO. 471533-32<br>Pacific Service Federal Credit Union<br>P.O. Box 8191<br>Walnut Creek, CA 94596-8191 | | C | 12/03<br><br>VALUE $ 8,890.00 | | | | 19,386.00 | 10,496.00 |

_1_ continuation sheets attached

Subtotal (Total of this page)  $ 911,594.48   $ 197,704.48

Total (Use only on last page)  $             $
(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE Baker, Daniel Anthony & Baker, Lynnette Marie  Case No. _____
                    Debtor(s)                                    (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 471522-01<br>Pacific Service Federal Credit Union<br>P.O. Box 8191<br>Walnut Creek, CA 94596-8191 | | C | July 2005<br><br>VALUE $ 13,405.00 | | | | 25,975.00 | 12,570.00 |
| ACCOUNT NO.<br>Ray Johnson<br>PO Box 1700<br>Chico, CA 95926 | | C | 3.04 Acre Bare Lot<br><br>VALUE $ 200,000.00 | | | | 100,000.00 | 10,000.00 |
| ACCOUNT NO.<br>Robert Machuta<br>13941 Chestnut Cirlce<br>Magalia, CA 95954 | | C | Private Party Lien on Home<br><br>VALUE $ 30,000.00 | | | | 30,000.00 | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 155,975.00 | $ 22,570.00

Total (Use only on last page) $ 1,067,569.48 | $ 220,274.48

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# United States Bankruptcy Court
## Eastern District of California

IN RE:        Case No. _____

Baker, Daniel Anthony & Baker, Lynnette Marie      Chapter **7**

Debtor(s)

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 3 Bedroom 2 Bath Home | HOMEQ Servicing | | | Retain * | |
| 2004 GMC Sierra 100,000 miles | Pacific Service Federal Credit Union | | | | ✓ |
| 2005 Honda Accord 50,000 Miles, Good Co | Pacific Service Federal Credit Union | | | | ✓ |
| | RC Willey | | | | ✓ |
| 3.04 Acre Bare lot | Ray Johnson | | ✓ | | |

\* Retain and pay pursuant to original contract

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

**12/21/2007**     _/s/ Dan Baker_            _/s/ Lynnette Baker_
Date      **Dan Baker**        Debtor      **Lynnette Baker**      Joint Debtor (if applicable)

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Dave Jones
2251 St. George Lane
Chico, CA  95973

Ray Johnson
PO Box 1700
Chico, CA  95926